**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6423**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FELTON ANTHONY WIGGINS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  J. Calvitt Clarke, Jr., Senior District Judge.  (CR-91-32)

---

Submitted:  May 13, 1999                    Decided:  May 19, 1999

---

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Felton Anthony Wiggins, Appellant Pro Se.  Timothy Richard Murphy, Assistant United States Attorney, Hampton, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Felton Wiggins appeals the district court order denying his motion under Federal Rule of Civil Procedure 60(b) for relief from the district court order entered November 18, 1997, denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Wiggins, No. CR-91-32 (E.D. Va. Mar. 15, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED